E-FILED  2019 MAR 05 2:42 PM JOHNSON - CLERK OF DISTRICT COURT

IN THE IOWA DISTRICT COURT IN AND FOR JOHNSON COUNTY

| | |
|---|---|
| **VICTORY BOXING PROMOTIONS,**<br><br>            Plaintiff,<br><br>v.<br><br>**JARON ENNIS,**<br><br>            Defendant. | No. _____<br><br>**ORIGINAL NOTICE** |

TO THE ABOVE-NAMED DEFENDANT:

You are hereby notified that on March 5, 2019, there was filed in the office of the clerk of the above-named court, a Petition in the above-entitled action, a copy of which Petition is attached hereto. The Plaintiff's attorney is Laura E. Bergus of Hayek, Moreland, Smith & Bergus, LLP, whose address is 120 East Washington Street, Iowa City, Iowa, 52240-3924; whose telephone number is 319-337-9606.

You are further notified that the above-entitled action has been filed in a county that utilizes electronic filing. Unless, within 20 days after service of this Original Notice upon you, you serve, and within a reasonable time thereafter file, a Motion or Answer, in the Iowa District Court for Johnson County, judgment by default may be rendered against you for the relief demanded in this Petition.

Please see Iowa Court Rules Chapter 16 for information on electronic filing. You must register to eFile through the Iowa Judicial Branch website at https://www.iowacourts.state.ia.us/Efile and obtain a log in and password for filing and viewing documents in your case and for receiving service and notices from the Court. For general rules and information on electronic filing, refer to the Iowa Court Rules Chapter 16 pertaining to the Use of the Electronic Document Management System, available on the Iowa Judicial Branch website. For court rules on the Protection of Personal Privacy in court filings, refer to Division VI of the Iowa Court Rules Chapter 16.

If you are unable to proceed electronically, you must receive permission from the Court to file in paper. Contact the Clerk of Court in the county where the Petition was filed for more information on being excused from electronic filing. If you electronically file your Answer or Motion, it will be served automatically on Plaintiff or on Plaintiff's attorney(s). A Notice of Electronic Filing (NEF) will tell you if the Court has excused Plaintiff from electronic filing. If the Court has excused Plaintiff from electronic filing, you must mail a copy of your Answer or Motion to Plaintiff.

If you need assistance to participate in court due to a disability, call the disability coordinator at 319-398-3920 Ext. 1105. Persons who are hearing or speech impaired may call Relay Iowa TTY (1-800-735-2942). Disability coordinators cannot provide legal advice.

**Important Notice: You are advised to seek legal advice at once to protect your interests.**



EXHIBIT 2

E-FILED 2019 MAR 05 3:56 PM JOHNSON - CLERK OF DISTRICT COURT

# STATE OF IOWA JUDICIARY

Case No. LACV080644
County Johnson

Case Title VICTORY BOXING PROMOTIONS V. JARON ENNIS

**THIS CASE HAS BEEN FILED IN A COUNTY THAT USES ELECTRONIC FILING.**
Therefore, unless the attached Petition and Original Notice contains a hearing date for your appearance, or unless you obtain an exemption from the court, you must file your Appearance and Answer electronically.

You must register through the Iowa Judicial Branch website at http://www.iowacourts.state.ia.us/Efile and obtain a log in and password for the purposes of filing and viewing documents on your case and of receiving service and notices from the court.

**FOR GENERAL RULES AND INFORMATION ON ELECTRONIC FILING, REFER TO THE IOWA COURT RULES CHAPTER 16 PERTAINING TO THE USE OF THE ELECTRONIC DOCUMENT MANAGEMENT SYSTEM:**
http://www.iowacourts.state.ia.us/Efile

**FOR COURT RULES ON PROTECTION OF PERSONAL PRIVACY IN COURT FILINGS, REFER TO DIVISION VI OF IOWA COURT RULES CHAPTER 16**: http://www.iowacourts.state.ia.us/Efile

Scheduled Hearing:

If you require the assistance of auxiliary aids or services to participate in court because of a disability, immediately call your district ADA coordinator at **(319) 398-3920**  . (If you are hearing impaired, call Relay Iowa TTY at **1-800-735-2942**.)

Date Issued 03/05/2019 03:56:54 PM



District Clerk of Johnson        County
/s/ Wendy Lonngren