IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
(DAVENPORT DIVISION)

| | | |
|---|---|---|
| CHRISTOPHER MIDDENDORF, d/b/a VICTORY BOXING PROMOTIONS, a Maryland sole proprietorship, | ) ) ) ) ) ) | No. 3:19-cv-00031-RP-CFB  STIPULATION OF DISMISSAL OF ALL REMAINING CLAIMS OF ALL PARTIES |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| JARON ENNIS, DEREK ENNIS, SR., CAMERON DUNKIN, JOSEPH DUNKIN AND THOMAS MORAN, | ) ) ) ) | |
| Defendants. | ) | |

COME NOW the parties, by and through their undersigned counsel, and file this stipulation of dismissal, with prejudice, of all remaining claims in the above-captioned matter:

1. A stipulation as to the dismissal of some but not all of the claims of the parties was previously filed herein on April 30, 2021 (Docket No. 171).

2. The parties have settled the remainder of the claims between them such that no further litigation of claims remains in this proceeding.

3. Pursuant to such settlement agreement, the Plaintiff hereby dismisses all of his remaining claims against the other parties hereto, and thus seeks to dismiss his entire cause of action herein pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

4. Pursuant to such settlement agreement, Cameron Dunkin and Joseph Dunkin hereby dismiss all of their remaining claims against the other parties hereto, and thus seek to dismiss their entire cause of action herein pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

5. Pursuant to such settlement agreement, Jaron Ennis and Derek Ennis hereby dismiss all of their remaining claims against the other parties hereto, and thus seek to dismiss their entire cause of action herein pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

6. Each of the dismissals set forth in paragraphs 3 through 5 above are intended to be with prejudice.

7. None of the parties oppose the dismissals set forth herein, and have signed this Stipulation in accordance with Rule 41(a)(1)(A)(ii).  Therefore, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties stipulate and agree to dismiss with prejudice all of the remaining claims herein.

8. Pursuant to Rule 41(a)(1)(A)(ii), this Stipulation of Dismissal shall be effective on filing and does not require a court order.

9. Remaining unpaid court costs, if any, shall be assessed against the Plaintiff.

Dated this June 3, 2021.

**Christopher Middendorf by and through his undersigned counsel:**

*/s/ Jorge L. Mares*
Francisco Guerra, IV *
Jorge L. Mares *
WATTS GUERRA LLP
4 Dominion Drive, Building 3 – Suite 100
San Antonio, TX 78257
Telephone: (210) 447-0500
Email: fguerra@wattsguerra.com
Email:  jmares@wattsguerra.com
*  Admitted Pro Hac Vice

Michael Miller *
LAW OFFICE OF MICHAEL MILLER
926 Chulie Drive
San Antonio, TX 78216
Telephone: (210) 225-6666
Email: mmiller@michaelmillerlaw.com
*  Admitted Pro Hac Vice

Paul D. Burns (#AT0001265)
Direct Dial: (319) 358-5561
Email: pburns@bradleyriley.com
BRADLEY & RILEY PC
Tower Place
One South Gilbert
Iowa City, IA  52240-3914
Telephone: (319) 466-1511

ATTORNEYS FOR PLAINTIFF
CHRISTOPHER MIDDENDORF, d/b/a
VICTORY BOXING PROMOTIONS

**Cameron Dunkin and Joseph Dunkin by and through their undersigned counsel:**

*/s/ William N. Toomey*
William N. Toomey

Phelan Tucker Law, LLP
321 E. Market Street
Iowa City, IA  52245
319.554.1104
ATTORNEYS FOR DEFENDANTS
CAMERON DUNKIN & JOSEPH DUNKIN

**Jaron Ennis and Derek Ennis by and through their undersigned counsel:**

*/s/ Thomas E. Maxwell*
Thomas E. Maxwell
Leff Law Firm, L.L.P.
222 South Linn Street
Iowa City, IA 52240
319.338.7551
ATTORNEYS FOR DEFENDANT JARON ENNIS &
DEREK ENNIS, SR.